**FILED:  2/10/14**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ming Bao, et al.*, | ) CASE NO. CV 13-5730-GHK (AGRx) |
| | ) |
| **Plaintiffs,** | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| *United States Citizenship and Immigration Services, et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

Pursuant to the Court's February 10, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims against Defendants United States Citizenship and Immigration Services, Janet Napolitano, Alejandro Mayorkas, and Donna Campagnolo are **DISMISSED as moot**.

**IT IS SO ORDERED**.

DATED: February 10, 2014

_____
GEORGE H. KING
Chief United States District Judge